Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ubong E. Akpan
Assistant Federal Public Defender
District of Columbia Bar No. 478302
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ubong_Akpan@fd.org

*Attorney for Petitioner Jose Oscar Aguilar Santa Maria

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Jose Oscar Aguilar Santa Maria,

Petitioner

v.

John Mattos, Warden of Nevada Southern Detention Center; Ruben Leyva, Acting Director of the Salt Lake City Field Office for Enforcement and Removal Operations of U.S. Immigration and Customs Enforcement; David Venturella, Acting Director of U.S. Immigration and Customs Enforcement; Markwayne Mullin, Secretary of the Department of Homeland Security; Todd Blanche, Acting U.S. Attorney General,

Respondents

Case No. 2:26-cv-02126-CDS-EJY

**Order Granting Petitioner's Unopposed Motion for Extension of Time to File Amended Petition and Retroactive Motion for Extension of Time (Second Request)**

[ECF No. 9]

Petitioner Jose Oscar Aguilar Santa Maria's pro se Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 was filed on July 13, 2026. ECF No. 1.[1] This Court appointed the Federal Public Defender as counsel for Petitioner on July 15, 2026. ECF No. 5. On August 6, 2026, undersigned counsel filed a motion for joinder of parties and a motion for extension of time to file the amended petition. ECF No. 8. In the motion for extension of time, undersigned counsel anticipated receiving records from Respondents and requested a two-week extension of time to file the Amended Petition, resulting in a deadline of August 20, 2026. Undersigned counsel received records on August 12, 2026, and needs additional time to review the records with Petitioner. Undersigned counsel emailed counsel for Respondents, AUSA Tamer Botros, who stated Respondents do not object to this extension request. Undersigned counsel requests this Court grant Petition a seven-day extension to file the Amended Petition to be due on August 28, 2026.

In addition to the motion for extension, Petitioner, through undersigned counsel, respectfully moves for leave to file this motion out of time pursuant to Federal Rule of Civil Procedure 6(b)(1)(B). Rule 6 of the Federal Rule of Civil Procedure provides that when a deadline has expired, the Court may extend the time for good cause if the failure to act resulted from excusable neglect. Fed. R. Civ. P. Rule 6(b)(1)(B). "This rule, like all the Federal Rules of Civil Procedure, '[is] to be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits.'" *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010) (citations omitted). To determine excusable neglect, the Court must apply the following four factors: (1) the danger of prejudice to the opposing party, (2) the length of the delay and its impact on the proceedings, (3) the reason for the delay,

---

[1] The petition was filed by Mr. Aguilar Santa Maria's mother, who listed herself as his next friend.

and (4) whether the movant acted in good faith. *Id*. at 1261 (citing *Pioneer Inv. Servs. Co. v. Brunswick Assocs.*, 507 U.S. 380, 395 (1993)).

Under the first factor, the one-day delay in filing the motion for extension of time does not prejudice the opposing party because Respondents do not oppose the request for extension of time. Under this second factor, this case is at the initial stage and Respondents will be able to comply with the deadlines this Court sets for filing the Amended Petition, Response and Reply. Under the third factor, due to undersigned counsel's travel schedule, undersigned counsel missed filing this motion on August 20, 2026. Under the fourth factor, counsel for the Petitioner upon realizing the missed deadline, quickly notified counsel for Respondents, who stated that Respondents do not oppose an extension of time to file the Amended Petition.

In order for the Petitioner's case to be tried on its merits, counsel for Petitioner requests that this Court excuse the one-day delay in filing the motion for extension of time and order that the Amended Petition be filed on August 28, 2026.

Dated August 21, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Ubong E. Akpan*
Ubong E. Akpan
Assistant Federal Public Defender

**Order**

Petitioner's counsel demonstrates excusable neglect for the failure to file a timely amended petition. It is therefore ordered that the petitioner's unopposed motion to extend time to file an amended petition **[ECF No. 9] is GRANTED**. The amended petition must be filed by August 28, 2026.

Dated: August 21, 2026

United States District Judge