UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jose Oscar Aguilar Santa Maria,

Petitioner

v.

Officer in Charge,

Respondent

Case No. 2:26-cv-02126-CDS-EJY

**Order Granting in Part and Denying in Part Petitioner's Motion for Joinder of Parties and to Extend Time**

[ECF No. 8]

Petitioner Jose Oscar Aguilar Santa Maria filed a motion for joinder of parties and for an extension of time to file an amended petition. ECF No. 8. Through this motion, Aguilar Santa Maria seeks to join federal respondents who were not originally named in this action. *Id.* He argues that adding federal respondents to the petition is necessary because they (1) have immediate custody of the petitioner, (2) have jurisdiction of enforcement and removal operations over detention facilities in Nevada where the petitioner is detained, (3) are responsible for detaining and removing noncitizens, (4) are responsible for the administration of immigration laws, and (5) interpret the immigration laws and adjudicate removal cases. *Id.* at 5. Although these assertions may be true, the proper mechanism for adding federal respondents is to file an amended petition. Therefore, the petitioner's motion is denied in part. The petitioner has until August 28, 2026, to file an amended petition to include any federal respondents he deems necessary to this litigation.

Dated: August 24, 2026

Cristina D. Silva
United States District Judge