Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ubong E. Akpan
Assistant Federal Public Defender
District of Columbia Bar No. 478302
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ubong_Akpan@fd.org

*Attorney for Petitioner Jose Oscar Aguilar Santa Maria

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jose Oscar Aguilar Santa Maria,

Petitioner

v.

Todd Blanche, *et al.*,

Respondents

Case No. 2:26-cv-02126-CDS-EJY

**Order Granting Petitioner's Motion for Extension of Time to File Amended Petition**

**(Third Request)**

[ECF No. 12]

Petitioner Jose Oscar Aguilar Santa Maria's pro se Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 was filed on July 13, 2026. ECF No. 1.[1] This Court appointed the Federal Public Defender as counsel for Petitioner on July 15, 2026. ECF No. 5. On August 6, 2026, undersigned counsel filed a motion for extension of time to file the amended petition. ECF No. 8. In the motion for extension of time, undersigned counsel anticipated receiving records from Respondents and requested a two-week extension of time to file the Amended Petition, resulting in a deadline of August 20, 2026. On August 21, 2026, undersigned counsel filed a second motion for extension of time because counsel needed additional time to review the records received from Respondents with Petitioner. ECF No. 9. Since then, undersigned counsel reviewed records with Petitioner. Afterwards on August 24, 2026, undersigned counsel followed up again on her July 31st initial requests for documents to Respondents, specifying that counsel needs the I-213, I-200, I-286, and I-862. Respondents informed undersigned counsel that they have asked ICE for the documents, and they will be forwarded to counsel when they are received.

On August 28, 2026, undersigned counsel followed up again about the documents and explained that a motion for another extension of time will need to be filed in order to review the I-213, I-200, I-286, and I-862, which had not been received yet. In the email to AUSA Tamer Botros and his paralegals, undersigned counsel requested Respondents' position on the motion for an extension. In addition, undersigned counsel stated that a motion for discovery will also be filed. In response, Respondents provided the I-213, I-200, I-862, a class action notice, and

---

[1] The petition was filed by Mr. Aguilar Santa Maria's mother, who listed herself as his next friend.

two orders from the immigration judge. Respondents did not respond regarding their position on a motion for extension.

In order for undersigned counsel to have ample time to review these records with Petitioner, undersigned counsel requests this Court grant a 14-day extension to file the Amended Petition to be due by September 11, 2026.

Dated August 28, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Ubong E. Akpan*
Ubong E. Akpan
Assistant Federal Public Defender

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

Dated: September 1, 2026