Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ubong E. Akpan
Assistant Federal Public Defender
District of Columbia Bar No. 478302
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ubong_Akpan@fd.org

*Attorney for Petitioner Jose Oscar Aguilar Santa Maria

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jose Oscar Aguilar Santa Maria,

Petitioner

v.

Todd Blanche, *et al.*,

Respondents

Case No. 2:26-cv-02126-CDS-EJY

**Order Granting Unopposed Motion for Extension of Time to File Amended Petition**

**(Fourth Request)**

[ECF No. 14]

This Court appointed the Federal Public Defender as counsel for Petitioner Jose Oscar Aguilar Santa Maria's 28 U.S.C. § 2241 petition on July 15, 2026. ECF No. 5. The petition states that Mr. Aguilar Santa Maria is detained at the Nevada Southern Detention Center. ECF No. 1.

Undersigned counsel requires more time to prepare an amended petition for Mr. Aguilar Santa Maria. The reasons for this extension include that counsel for Petitioner received additional immigration records on August 28, 2026, from Respondents. See ECF No. 12. Undersigned counsel needs additional time to discuss these records with Petitioner. Therefore, Petitioner requests a 10-day extension of time to file the amended petition.

Undersigned counsel emailed counsel for Respondents, AUSA Tamer Botros, who states Respondents do not object to this extension request.

Therefore, Petitioner respectfully requests the Court grant the motion and order that the amended petition is due by September 21, 2026.

Dated: September 11, 2026

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Ubong E. Akpan*
Ubong E. Akpan
Assistant Federal Public Defender

**Order**

The petitioner's unopposed motion to extend time to file an amended petition **[ECF No. 14] is granted nunc pro tunc**. The amended petition is due by September 21, 2026.

Dated: September 14, 2026

Cristina D. Silva
United States District Judge