UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jose Oscar Aguilar Santa Maria,

Petitioner

v.

John Mattos, et al.,

Respondents

Case No. 2:26-cv-02126-CDS-EJY

**Order Granting Federal Respondents' Motion to Extend Time**

[ECF No. 18]

The federal respondents' first motion to extend time requests a three-day extension to file a response to Jose Aguilar Santa Maria's petition for writ of habeas corpus. ECF No. 18. Counsel seeks this extension because they need to sufficiently review and analyze documents to complete their response. *Id.* Although I find that counsel's heavy caseload does not always constitute good cause, I nonetheless allow this brief extension of time. It is ordered that the federal respondents' motion to extend time **[ECF No. 18] is granted** nunc pro tunc. The federal respondents must file their response no later than October 9, 2026.

Dated: October 8, 2026

Cristina D. Silva
United States District Judge