UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Jose Oscar Aguilar Santa Maria,<br>Petitioner<br>v.<br>Todd Blanche, et al.,<br>Respondents | Case No. 2:26-cv-02126-CDS-EJY<br>**Order Granting Amended Petition for Writ of Habeas Corpus and Requiring Petitioner's Release by 3:00 p.m. on November 22, 2026**<br>[ECF No. 16] |

Petitioner Jose Oscar Aguilar Santa Maria is a citizen of El Salvador who is currently in the custody of the United States Immigration and Customs Enforcement (ICE) agency.[1] Am. pet., ECF No. 16 at 3. He filed a petition for a writ of habeas corpus requesting his release because he is a member of the certified class in *Jacobo-Ramirez v. Mullin*, Case No. 2:25-cv-02136-RFB-MDC (D. Nev.),[2] he was taken into ICE custody without a lawfully executed arrest warrant, ICE did not provide him with an initial custody determination, and an immigration judge (IJ) did not provide him with a constitutionally sufficient custody redetermination (i.e., bond) hearing. *Id.* at 5. The federal respondents filed a motion to extend time to file a response to the petition, ECF No. 17, which this court granted, ECF No. 19. However, none of the respondents ultimately filed a response to the petition. That caused Aguilar Santa Maria to file a notice of the respondents' non-opposition to his petition. ECF No. 20. Over a month has passed since Aguilar Santa Maria filed that notice and yet the respondents have still not filed a response.

[1] I refer herein to all named respondents collectively as "the respondents."

[2] Because I grant this petition as unopposed, I decline to reach a determination as to whether he is a class member at this time.

I have "equitable discretion" "as law and justice require" for remedying unlawful detention in habeas petitions. *Brown v. Davenport*, 596 U.S. 118, 128, 134 (2022) (quotation omitted). Indeed, release is the appropriate remedy here because Aguilar Santa Maria has a strong liberty interest to be free from arbitrary detention and the government has not opposed his petition. *See Foucha v. Louisiana*, 504 U.S. 71, 80 (1992). So I grant Aguilar Santa Maria's petition as unopposed and I order his immediate release.

## Conclusion

IT IS THEREFORE ORDERED that petitioner Jose Oscar Aguilar Santa Maria's amended petition for a writ of habeas corpus **[ECF No. 16] is GRANTED**.

IT IS FURTHER ORDERED that the respondents must release petitioner Jose Oscar Aguilar Santa Maria from the custody of the Nevada Southern Detention Center by Sunday, November 22, 2026, no later than 3:00 p.m. The respondents must transport Aguilar Santa Maria to 501 Las Vegas Blvd. South, Las Vegas, Nevada that same day. The respondents must advise Aguilar Santa Maria's counsel of the estimated time of release for coordination purposes.

IT IS FURTHER ORDERED that Aguilar Santa Maria is placed under the *same* order of release on recognizance that was in place before he was detained. The federal respondents must not impose release conditions that substantially interfere with Aguilar Santa Maria's liberty, such as location monitoring, without having established the reasonableness of those restrictions, by clear and convincing evidence, at a pre-deprivation hearing.

IT IS FURTHER ORDERED that that the respondents return all of Aguilar Santa Maria's personal property and identity documents to him upon his release.

IT IS FURTHER ORDERED that the federal respondents must file a notice of compliance with this order detailing the date, time, and location of Aguilar Santa Maria's release no later than Tuesday, November 24, 2026, at 5:00 p.m. Once the respondents' status report confirming the petitioner's release is received, the case will be closed.

IT IS FURTHER ORDERED that the respondents may not re-detain Aguilar Santa Maria during the pendency of his current removal proceedings without a pre-deprivation, individualized hearing to determine whether detention is appropriate.

IT IS FURTHER ORDERED that if Aguilar Santa Maria is going to be re-detained, the federal respondents must give him adequate notice of the detention hearing.

Dated: November 19, 2026

____________________________

Cristina D. Silva
United States District Judge